No. 91–5849. CAMPBELL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5851. MOORE *v.* STOCK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–5856. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5857. PORTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5858. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5860. HODGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5861. GARCIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5864. BARKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5867. WERTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5869. TYLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5874. CONTRERAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5877. ARMSTRONG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5882. CULBERTSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5921. GANNON *v.* LEWIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1668. TEXAS *v.* STEPHENS. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.